**Order entered October 8, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

### No. 05-20-00777-CV

## IN RE 2999TC AQUISITIONS, LLC F/K/A MO 2999TC, LLC

**Original Proceeding from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-05864**

### ORDER
Before Justices Whitehill, Pedersen, III, and Carlyle

The motion for security is **GRANTED,** with the amount of such security to be subsequently determined by this court if the injunction is granted;

Our August 28, 2020 stay of the foreclosure sale shall remain in effect until relator posts bond in the amount to be determined by this Court or pending final disposition of the appeal in cause number 05-20-00774-CV, or further order of this court, whichever occurs first;

HNGH's motion for clarification is **DENIED**;

Petitioner is to respond to relators' motion for expedited ruling within seven days of this order; and

We **ORDER** the trial court to issue, within thirty (30) days of this Order, written findings and recommendations concerning the appropriate amount of security for an injunction, and **FURTHER ORDER** the trial court to file such findings and recommendations with this Court within that thirty (30) day period.


/s/    BILL WHITEHILL
        JUSTICE